ADMIN JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON RAMIREZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA ALUMINUM COMPANY, a California Corporation; SAMUEL, SON & CO., INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:20-CV-00417 JGB (KKx)<br><br>**ORDER VACATING TRIAL DATE AND STAYING CASE**<br><br>Complaint Filed: November 12, 2019<br>Trial Date:　　　June 1, 2021<br>District Judge:　Hon. Jesus G. Bernal<br>　　　　　　　　Courtroom 1, Riverside<br>Magistrate Judge: Hon. Kenly Kiya Kato<br>　　　　　　　　Courtroom 3 or 4, Riverside |

The Court, having considered the parties' Joint Notice of Settlement; and Request to Vacate Trial Date; and Stay Case, and in view of the settlement of this matter, hereby orders as follows:

1. The trial date of June 1, 2021, is vacated in this matter.
2. All other dates in the Civil Trial Scheduling Order filed June 3, 2020 (ECF Doc. # 29) are vacated.
3. This matter is stayed.

**IT IS SO ORDERED.**

DATED: May 11, 2021

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

46875401.1