1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 068687)
norm@bamlawca.com
Kyle R. Nordrehaug (SBN 205975)
kyle@bamlawca.com
Aparajit Bhowmik (SBN 248066)
aj@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone : (858) 551-1223
Facsimile : (858) 551-1232

Attorneys for Plaintiff Ron Ramirez

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Christopher W. Decker (Bar No. 2294)
Sage S. Stone, (Bar No. 304086)
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendant
SAMUEL, SON & CO., (USA) INC.
(erroneously named as SAMUEL, SON &
CO., INC.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON RAMIREZ, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>SIERRA ALUMINUM COMPANY, a California Corporation; SAMUEL, SON & CO., INC.; and DOES 2 through 50, Inclusive,<br><br><br>            Defendants. | CASE NO. 5:20-cv-00417-JGB-KK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S EIGHTH, NINTH AND TENTH CAUSES OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Dept.:            Courtroom 1<br><br>Complaint Filed: November 12, 2019<br>Trial Date:       None<br>District Judge:   Hon. Jesus G. Bernal<br>                  Courtroom 1, Riverside<br>Magistrate Judge: Hon. Kenly Kiya Kato |

Case No. 5:20-cv-00417-JGB-KK

IT IS HEREBY STIPULATED between Plaintiff RON RAMIREZ ("Plaintiff") and Defendant SAMUEL, SON & CO. (USA) INC. ("Defendant") that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (i) Plaintiff's Eighth Cause of Action (Discrimination And Retaliation in Violation of FEHA), Ninth Cause of Action (Failure to Prevent Discrimination, Harassment, and/or Retaliation in Violation of FEHA) and Tenth Cause of Action (Wrongful Termination in Violation of Public Policy) in the operative First Amended Class Action Complaint be dismissed with prejudice, and (ii) Plaintiff's First through Seventh Causes of Action be dismissed without prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: May 13, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                             By /s/ Christopher W. Decker
                                Christopher W. Decker
                                Sage S. Stone
                                Attorneys for Defendant

DATED: May 13, 2021          BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

                             By  /s/ Kyle Nordrehaug
                                Kyle Nordrehaug
                                Attorneys for Plaintiff