## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON RAMIREZ, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA ALUMINUM COMPANY, a California Corporation; SAMUEL SON & CO., INC.; and DOES 2 through 50, Inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-00417-JGB-KK<br><br>**ORDER DISMISSING PLAINTIFF'S EIGHTH, NINTH AND TENTH CAUSES OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Case No. 5:20-cv-00417-JGB-KK

ORDER DISMISSING PLAINTIFF'S EIGHTH, NINTH AND TENTH CAUSES OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. Causes of Action Eight (Discrimination And Retaliation in Violation of FEHA), Nine (Failure to Prevent Discrimination, Harassment, and/or Retaliation in Violation of FEHA) and Ten (Wrongful Termination in Violation of Public Policy) in the operative First Amended Class Action Complaint be dismissed with prejudice.
2. Causes of Action One through Seven in the operative First Amended Class Action Complaint be dismissed without prejudice.
3. Each party shall bear their own attorneys' fees and costs.

Date: May 17, 2021

_____
HON. JESUS G BERNAL
UNITED STATES DISTRICT JUDGE